# United States Court of Appeals
## For the First Circuit


**MANDATE**

No. 00-2397

UNITED STATES OF AMERICA,

Appellee,

v.

RONALD A. X. STOKES,

Defendant, Appellant.

---

**JUDGMENT**

Entered: September 8, 2005

This cause came on to be heard on remand from the United States Supreme Court.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Ronald A. X. Stokes' conviction and sentence are affirmed, and the earlier judgment of this court i reinstated. The matter is remanded to the district court as to whether, under an advisory guideline system, it would order Ronald A. X. Stokes' federal sentence to run concurrently with any futur state parole sentence.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 9/29/05

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Richard G. Stearns and Ms. Sarah A. Thornton, Clerk, United Stat District Court for Massachusetts. Copies to Ms. Mizner, Ms. Hinckle, Ms. Young & M Chaitowitz.]