United States District Court
District Of Massachusetts

Ronald A.X. Stokes            Criminal
 -Versus-                     No. 95-10379-RGS
John Marshall, Warden

Writ Of Habeas Corpus Ad Subjuciendum, Release-Forthwith-

    Now comes the petitioner Ronald A.X. Stokes (henceforth Stokes) in the above entitled caption & respectfully moves that this Court ORDER the respondent John Marshall, to Release the petitioner Ronald A.X. Stokes, Immediately, Forthwith-

Jurisdictional Claims:
    Jurisdiction of this Court is hereby invoked pursuant to the dictates of the Federal Laws & the United States Constitution.

Introductory Statement:
    On the 6th day of Dec., 1990, the petitioner was arrested for 1st Degree Murder, 2 counts of A&B w/dangerous weapon and sent to MCI-Concord, upon

the petitioners arrival at Concord, the plaintiff was told that his money account was frozen, until such time as the petitioner agreed to submit to Extortion by the Dept. of Corrections, an agent for the Commonwealth of Massachusetts & the Federal Government. The Extortion amount was set at $1,049.xx. That the freeze that was put on the petioners funds was in Violation of both State & Federal Laws, In essence, the Dept. of Corrections, its agents & those acting in privy with them, where acting without a Court Order or Statutory Authority.

Statement Of Facts:

1. That on the 6th day of Dec., 1990, the plaintiff was arrested for 1st degree Murder, 2 Counts of A.&B. W/Dangerous weapon & possession of a Rifle;

2. That on the 6th day of Dec., 1990 petitioner was sent to MCI-Concord, that day the petitioner was told, "you owe $1,049.xx for a Radio & all funds you get will be frozen until you pay this money;

3. That the petitioner refused to pay Extortion to the Dept. of Corrections & the agent of the Commonwealth of Massachusetts & the Federal Government refused to release the petitioners Funds;

4. That prior to July 1992, the petitioner attempted to hire a Black Attorney or Priviate Detective, in light of the Post Willie Bennett issue, in which the Commonwealth of Massachusetts & the Federal Government allowed the Boston Police Dept. to run Havoc over the Black Community in & around the Boston area;

5. That on The 13th day of July, 1992 the petitioner attempted to hire Esq. Geraldine Hines, an agent of the Commonwealth, a Mary McCrossin, paralegel, refused to release $1,200.xx to attorney Hines;

6. That all of the refusals to release the petitioners funds, did cut-off the petitioner's access to the Courts;

7. That because the petitioner's funds, wal unlawfully attacked, the petitioner was deprieved of the testimony & Evidence that would of been

realized had someone spoken to Ms. Joseph & Mr. Walker;

8. That the Dept. of Corrections refusal to release the petitioners funds, did give the Commonwealth of Massachusetts & the Federal Gov. an unfair advantage over the petitioner.

9. That the Dept. of Corrections knew or should have known that Restitution wasn't a sanction they could impose on a prisoner or prisoners;

Prayers for Relief;

1. That this Court Order the Petitioner's immediate Release;

2. That this Court Order the Respondent Marshall, to return the $200.xx extorted from the petitioner at 12% interest per month.

By

Ronald H.X. Stokes



RONALD T. DUVAL
SUPERINTENDENT

# The Commonwealth of Massachusetts

## Department of Correction

MCI CEDAR JUNCTION AT WALPOLE
BOX 100, SOUTH WALPOLE, MA  02071

July 22, 1992

Ronald A.X. Stokes
Essex II
MCI Cedar Junction
PO Box 100
South Walpole, MA  02071

Dear Mr. Stokes:

Enclosed please find the correspondence addressed to Atty. Geraldine Hines and the purchase slip, which you refused to accept from Mr. Wigfall, your Unit Manager, who attempted to return it to you recently.

As you know, your account is frozen and that is the reason Mr. Wigfall could not sign the purchase slip for you.  He called you to his office to explain this to you and also to return your letter to you, but you refused to take the letter back.

Please handle as you see fit.

Sincerely,

Mary V. McCrosson
Paralegal

MCI-WALPOLE
PURCHASE SLIP

Date: 2/13/92
Amount $ 1,200.00

Payable To: Merrick Geraldine S. Hines
Barnham, Hines & Widak
229 Boylston Street
Boston, Ma. 02116

For: Retainer

Approval: Unit Mgr. _____

Gerald W. X. Stokes
Name

Gerald W. X. Stokes
Comm #

Block W.M.

---

MCI-WALPOLE

Date: 2/3/92
Amount $ 4,200.00

To: Atty. Geraldine S. Hines
Barnham, Hines & Widak
229 Boylston St.
Boston, Mass. 02016

For: Retainer

Gerald W. X. Stokes
Name

Gerald W. X. Stokes  35477
Comm #

Block E.M.

Exhibit

## Certificate Of Service

I, Ronald A.X. Stokes, affirm & say that on this 9th day of April, 2007, I did serve copies of this: Writ of Habeas Corpus, Ad-Subjuciendum, Release, Forthwith on:

1. Clerk's Office
   U.S. District Court
   1 Courthouse Way
   Boston, Mass. 02210

2. Clerk's Office
   Suffolk Superior Court
   for Criminal Business
   Boston, Mass. 02108

3. Esq. Judith Mizner
   Fed. Pub. Defenders Office
   408 Atlantic Ave. 3rd flr.
   Boston, Mass. 02110

4. Esq. Chrystall Murray
   P.O. Box 301502
   71 South Street
   Jamaica Plain, Ma. 02130

5. Atty. Gen. Martha Coakley
   Dept. of Attorney General
   One Ashburton Place
   Boston, Mass. 02108

6. U.S. Att. Alberto Gonzalez
   U.S. Attorney Gen.
   Dept. of Justice
   Washington, D.C. 20543

by 1st class mail.

By

Ronald A X Stokes