United States District Court
District of Massachusetts

Ronald A.X. Stokes
— Versus —
John Marshall

Criminal No.# 95-10379-RGS

FILED
Clerk's Office
USDC, Mass
Date 6/15/07
By ____
Deputy Clerk

## Notice of Appeal

I, Ronald A.X. Stokes, hereby give Notice that on this 26th day of May, 2007, give Notice of my intent to appeal the clearly erronious Ruling by this Court, on the petitioner's Writ Of Habeas Corpus, Ad Subjuciendum, Release, forthwith.

By
Ronald A.X. Stokes