# United States Court of Appeals
## For the First Circuit

No. 07-2077

UNITED STATES,

Appellee,

v.

RONALD A.X. STOKES,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Selya, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: August 23, 2007

　　The district court's order of May 17, 2007 is affirmed. The appellant's "Writ of Habeas Corpus Ad Subjuciendum, Release-Forthwith" does not set out any valid grounds for appellant to be released from his federal sentence. The motion to stay proceedings is denied.

　　We note that this court's mandate of September 9, 2005, has not been acted on by the district court. We do not interpret the appellant's instant filings as a request for mandamus relief to compel the district court to act on that mandate; nevertheless, we are concerned with the delay, and we trust that the district court will act forthwith on this court's mandate, after, of course, ensuring that Stokes' right to counsel in a direct criminal proceeding is preserved.

　　Affirmed. See 1st Cir. R. 27.0(c).